JOSEPH RANDAZZO, Respondent, v. SARAH LEVINE, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for January, 1920, and be ready for argument when reached otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

GERTRUDE M. ROWE, Respondent, v. GEORGE W. SNYDER, Appellant.— Motion granted, with ten dollars costs, on the ground that the appellant has failed to comply with the provisions of rule XII of this court, without prejudice to an application to be made to reinstate the appeal. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

SACKETT COAL COMPANY, Respondent, v. THE LINK REALTY AND CONSTRUCTION COMPANY and Others, Defendants, and THE LINKEN REALTY CORPORATION, Appellant.— Motion denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

EDITH SMITH, Appellant, v. F. B. STEARNS COMPANY, etc., and Another, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

EUGENE SMITH, Respondent, v. L. EDITH SMITH, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

JOSEPHINE BASSO and MORRIS RUFFINO, as Administrators, etc., of SALVATORE BASSO, Deceased, Respondents, v. JOHN T. CLARK & SON, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Nulle* v. *Hardman, Peck & Co.* (185 App. Div. 351), with leave to plaintiffs to serve an amended complaint within twenty days upon payment of said costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

SAMUEL GOLDFEDER, Respondent, v. SIMON GREENBERG, Appellant. (Appeal No. 2.)— Orders reversed, without costs, and motion granted, on authority of *Goldfeder* v. *Greenberg* (*ante*, p. 184), decided herewith. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

MINNIE GREEN, Respondent, v. SAMUEL RODIN, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

LILLIAN I. HAMMOND, Respondent, v. HENRY W. J. HAMMOND, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

ANNA HORTON, Appellant, v. MAX GLUCKMAN and MOLLIE GLUCKMAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.